UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| PARAMOUNT COFFEE CO., | ) | |
|     Plaintiff/Petitioner, | ) | |
| | ) | No. 1:16-cv-1074 |
| -v- | ) | |
| | ) | HONORABLE PAUL L. MALONEY |
| UNITED STATES COPYRIGHT OFFICE, | ) | |
|     Defendant/Respondent. | ) | |
| _____ | ) | |

## JUDGMENT

In accordance with the accompanying order entered on this date (ECF No. 24), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED**.

Date: July 11, 2017                 /s/ Paul L. Maloney
                                                           Paul L. Maloney
                                                           United States District Judge